# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Auhzaray Delynn Foster,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00180-JCM-MDC<br><br>**ORDER** |

　　　　IT IS THEREFORE ORDERED that the deadline for filing the Reply in Support of the Motion to Reopen Detention Hearing (ECF No. 23), currently set for February 12, 2024, be extended to February 13, 2024.

　　　　DATED this 13th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3