# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

              Plaintiff(s),

vs.

Auhzaray Delynn Foster.,

              Defendant(s).

2:23-cr-00180-JCM-MDC-1

**ORDER Granting Motion and Setting Detention Hearing**

      Pending before the Court is the *Motion to Reopen Detention Hearing* (ECF No. 23). The Court GRANTS the Motion.

      The parties shall appear for an in-person hearing on February 23, 2024, at 2:00PM in courtroom 3C regarding the Detention Hearing.

      ACCORDINGLY,

      IT IS ORDERED that the *Motion to Reopen Detention Hearing* (ECF No. 23) is GRANTED.

      IT IS FURTHER ORDERED that an in-person detention hearing is set for February 23, 2024, at 2:00PM in Courtroom 3C.

      IT IS FURTHER ORDERED that PreTrial Services submit an amended pretrial report by **12:00PM on February 23, 2024.**

      It is so ordered.

      Dated this 20th day of February 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge