UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUHZARAY DELYNN FOSTER,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00180-JCM-MDC |

**ORDER**

IT IS THEREFORE that the detention hearing based on [23] Motion to Reopen Detention Hearing currently scheduled for February 23, 2023, at the hour of 2:00 p.m., be vacated and continued to March 11, 2024 at 10:00 am in Courtroom 3A.

DATED this 22nd day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE