RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Auhzaray Delynn Foster

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00180-JCM-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | (Third Request) |
| AUHZARAY DELYNN FOSTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Auhzaray Delynn Foster, that the change of plea hearing currently scheduled for January 22, 2025 at 10:30 am, be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Mr. Foster filed a motion to dismiss the charge of Prohibited Person in Possession of a Firearm based on *United States v. Duarte*, 101 F.4th 657 (9th Cir. 2024) (which itself was based on *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022)). (ECF No. 39.) That motion is currently held in abeyance. (ECF No. 45.)

2.      The Ninth Circuit has voted to rehear en banc *United States v. Duarte*, 101 F.4th 657 (9th Cir. 2024), *vacated pending reh'g en banc*, 2024 WL 3443151 (9th Cir. July 17, 2024), and oral argument took place on December 11, 2024.

3.      Mr. Foster has filed a notice of intent to plead guilty. (ECF No. 48.)

4.      Mr. Foster wishes to wait for the en banc review of *Duarte* to conclude before changing his plea.

5.      Mr. Foster is incarcerated and does not object to the continuance.

6.      The parties agree to the continuance.

7.      The additional time requested herein is not sought for purposes of delay, but merely to allow time for a significant decision affecting Mr. Foster's constitutional rights to issue.

8.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the third stipulation to continue filed herein.

DATED this 21st day of January, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Lauren Ibanez*<br>LAUREN IBANEZ<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00180-JCM-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| AUHZARAY DELYNN FOSTER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for January 22, 2025, at the hour of 10:30 a.m., be vacated and continued to **March 24, 2025**, at the hour of **10:00 a.m.**

DATED January 21, 2025.

_____
UNITED STATES DISTRICT JUDGE