1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

                  Plaintiff(s),

  v.

AUHZARAY DELYNN FOSTER,

                  Defendant(s).

Case No.2:23-CR-180 JCM (MDC)

ORDER

      Presently before the court is defendant Auhzaray Foster's motion to dismiss the indictment charging him with one count of felon in possession of a firearm, a violation of 18 U.S.C. § 922(g)(1). (ECF No. 39).

      Mr. Foster argues that the statute is "unconstitutional as applied to him due to Second Amendment Protections." However, since Mr. Foster filed the motion, the Ninth Circuit has clarified that § 922(g)(1) is "not unconstitutional as applied to non-violent felons." *See United States v. Duarte*, 137 F.4th 743, 748 (9th Cir. 2025).

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (ECF No. 39) be, and the same hereby is, DENIED.

      DATED September 26, 2025.

_____
UNITED STATES DISTRICT JUDGE